UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CAROLYN PRAGER,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>LABCORP; LABORATORY CORPORATION OF AMERICA HOLDINGS; and LAB. CORP. OF AMERICA HOLDINGS,<br><br>　　　　　　Defendants. | Civil Action No: 3:23-cv-23413-MAS-JBD<br><br>Hon. Michael A. Shipp, U.S.D.J.<br>Hon. J. Brendan Day, U.S.M.J.<br><br>**[PROPOSED] ORDER** |

This matter having come before the Court on the motion of Defendant, Laboratory Corporation of America Holdings (incorrectly named in the Complaint as "Labcorp" and "Lab. Corp. of America Holdings") ("**Labcorp**"), to partially dismiss Plaintiff Carolyn Prager's ("**Plaintiff**") Complaint pursuant to Fed. R. Civ. P. 12(b)(6); and the Court having considered the moving papers, any timely opposition thereto, and oral argument, if any; and good cause having been shown,

**IT IS**, on the_____day of_____, 2024

**ORDERED** that Labcorp's Motion is hereby **GRANTED**; and it is further

**ORDERED** that Counts I and II of Plaintiff's Complaint as they pertain to events that purportedly occurred prior to August 5, 2022, are dismissed, with

prejudice, pursuant to Fed. R. Civ. P. 12(b)(6); and it is further

**ORDERED** that Count IV of Plaintiff's Complaint as it pertains to events that purportedly occurred prior to December 29, 2021, are dismissed, with prejudice, pursuant to Fed. R. Civ. P. 12(b)(6); and it is further

**ORDERED** that Count V of Plaintiff's Complaint is dismissed in its entirety, with prejudice, pursuant to Fed. R. Civ. P. 12(b)(6).

_____
Hon. Michael A. Shipp, U.S.D.J.