## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

CAROLYN PRAGER,

               Plaintiff,

v.

LABCORP; LABORATORY
CORPORATION OF AMERICA
HOLDINGS; and LAB. CORP. OF
AMERICA HOLDINGS,

               Defendants.

Civil Action No: 3:23-cv-23413-MAS-JBD

Hon. Michael A. Shipp, U.S.D.J.
Hon. J. Brendan Day, U.S.M.J.

**APPLICATION FOR AN EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE REPLY**
**(L. Civ. R. 6.1(b))**

Application is hereby made for a Clerk's Order extending the time within which defendant Laboratory Corporation of America Holdings (incorrectly named in the Complaint as "Labcorp" and "Lab. Corp. of America Holdings") (hereinafter "**Labcorp**"), may answer, move, or otherwise reply to the First Amended Complaint (Doc. No. 13) ("FAC") of plaintiff Carolyn Prager ("Plaintiff") herein, and it is represented that:

1.     No previous extension of Labcorp's deadline to respond to the FAC has been obtained.

2.     Plaintiff electronically filed and served her FAC in this Court on March 15, 2024 (Doc. No. 13).

3.     Pursuant to Fed. R. Civ. P. 15(a)(3), Labcorp's time to answer, move, or otherwise reply to the FAC currently expires on March 29, 2024.

4.     Pursuant to Local Civil Rule 6.1(b), Labcorp requests that its time to answer, move, or otherwise reply be extended by 14 days, to and including April 12, 2024.

Respectfully submitted,

**K&L GATES LLP**
Attorneys for Defendant
Laboratory Corporation of America
Holdings

By:  /s/ George P. Barbatsuly
      GEORGE P. BARBATSULY

Dated:  March 25, 2024

## ORDER

The above application is ORDERED GRANTED, and the time to answer, move, or otherwise reply is extended to April 12, 2024.

ORDER DATED March ____, 2024

MELISSA E. RHOADS, ESQ.
Clerk of Court

By:  _____
      Deputy Clerk

2